FILED: January 24, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4079

(3:13-cr-00136-HEH-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

RAMOTH JEAN

      Defendant - Appellant

_____

O R D E R

_____

The court rescinds the order appointing Mark Kevin Tyndall. The parties will be notified when a new order is entered.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk