FILED: July 9, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4079
(3:13-cr-00136-HEH-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

RAMOTH JEAN

      Defendant - Appellant

_____

O R D E R
_____

      Appellant noted an appeal on January 23, 2014, from his criminal conviction and sentence.  By order entered April 1, 2014, following completion of transcript, appellant was directed to file his opening brief and joint appendix by May 6, 2014. Appellant subsequently filed two motions for extension of time to file his opening brief and appendix, and his deadline was extended to August 4, 2014, to permit him to address issues pertaining to his conviction and sentence and issues pertaining to a pending restitution matter in his opening brief.  Appellant's third motion requests a further briefing extension to September 29, 2014, due to substitution of counsel in

the district court and rescheduling of the district court's restitution hearing for August 22, 2014. The motion notes that future extensions of the restitution matter in the district court are possible.

The court denies appellant's motion for a third extension of time to file his opening brief and appendix. Appellant's brief and appendix on issues relating to his conviction and sentence shall be filed on or before August 4, 2014. An additional or supplemental briefing schedule will be set as needed upon any appeal from a subsequent restitution order.

> For the Court--By Direction
>
> /s/ Patricia S. Connor, Clerk